JOHN M. BOWERS, as Receiver of THE MERCANTILE CREDIT GUARANTEE COMPANY OF NEW YORK, Respondent, *v.* OCEAN ACCIDENT AND GUARANTEE CORPORATION, LIMITED, Appellant.

*Bowers* v. *Ocean Acc. & Guarantee Corpn.*, 110 App. Div. 691, affirmed.
(Argued January 21, 1907; decided February 19, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 2, 1906, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover amounts claimed to be due under an alleged contract.

*Laurence Arnold Tanzer* for appellant.

*W. H. Van Benschoten* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ.